SNYDER ♦ DORENFELD, LLP
David K. Dorenfeld, (SBN 145056)
Michael W. Brown, (SBN 205380) <u>counsel Designated for service at Snyder Dorenfeld per L.R. 182 (c)(1)</u>
5010 Chesebro Road
Agoura Hills, CA 91301
Phone: (818) 865-4000
Fax:  (818) 865-4010

CATHY JACKSON LERMAN, PA
Cathy J. Lerman (*pro hac vice*)
#118, 1440 Coral Ridge Drive
Coral Springs, FL 33071
Telephone: (954) 332-1143; Facsimile: (800) 305-2351
Email: clerman@lermanfirm.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK MORAN and PATRICIA BAILEY WHITE, individually and on behalf of a class of similarly situated persons,<br><br>　　　　　　Plaintiffs,<br>v.<br><br>HUGH BROMMA, JAY PEARSON a/k/a JERRY PEARSON a/k/a JERRY O. PEARSON, JR., ENTRUST MID-SOUTH, LLC n/k/a/ MID SOUTH RETIREMENT SERVICES, LLC, THE ENTRUST GROUP, INC., and ENTRUST ADMINISTRATION, INC.,<br><br>　　　　　　Defendants. | Case No.: 2:13-CV-00487-JAM-CKD<br><br>**STIPULATION AND ORDER REGARDING EXTENSION OF TIME TO FILE SECOND  AMENDED COMPLAINT** |

///

///

///

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs MARK MORAN and PATRICIA BAILEY WHITE (collectively "Plaintiffs") and Defendants HUGH BROMMA ("BROMMA"), THE ENTRUST GROUP, INC. ("TEG"), and ENTRUST ADMINISTRATION. INC. ("ENTRUST ADMIN.") (collectively " ENTRUST Defendants"), through their respective attorneys of record as follows:

1. On September 5, 2013, this Court issued an Order (Docket # 27) Granting in Part and Denying in Part the ENTRUST Defendants' Motion to Dismiss the First Amended Complaint. The Order provided 20 days for Plaintiffs to file a Second Amended Complaint against the ENTRUST DEFENDANTS.

2. Since that time, Lead counsel for Plaintiffs, Cathy Lerman, has undergone multiple, unexpected medical procedures which have delayed and precluded her ability to participate in the preparation of the responsive pleadings necessitated by the Court's Order.

3. As such, counsel for Plaintiffs conferred with counsel for the ENTRUST Defendants, Joseph Faucher, Esq., who graciously agreed to extend the time for filing of a Second Amended Complaint and other related documents and pleadings by Plaintiffs to and including October 4, 2013.

4. In the absence of any Stipulation extending the time to respond thereto, the ENTRUST Defendants' response to the Second Amended Complaint and related documents, if any, shall be filed within the time period prescribed by the Federal Rules of Civil Procedure.

Dated: September 23, 2013          Respectfully Submitted:


By: /s/ Cathy J. Lerman
    CATHY J. LERMAN

CATHY JACKSON LERMAN, PA
Cathy J. Lerman (*pro hac vice*)
#118, 1440 Coral Ridge Drive
Coral Springs, FL 33071
Telephone: (954) 332-1143
Facsimile: (800) 305-2351
Email: CLerman@LermanFirm.com

SNYDER ♦ DORENFELD, LLP
David K. Dorenfeld, (State Bar No. 145056)
DavidD@sd4law.com
Michael W. Brown, (State Bar No. 205380)
MichaelB@sd4law.com
5010 Chesebro Road
Agoura Hills, CA 91301
Phone: (818) 865-4000
Fax:   (818) 865-4010

Attorneys for Plaintiffs

Dated: September 23, 2013          Respectfully Submitted:


By: /s/ Joseph C. Faucher
       JOSEPH C. FAUCHER

DRINKER BIDDLE & REATH LLP
MARK E. TERMAN
Mark.Terman@dbr.com
JOSEPH C. FAUCHER
Joe.Faucher@dbr.com
PASCAL BENYAMINI
Pascal.Benyamini@dbr.com
1800 Century Park East, Suite 1400
Los Angeles, CA 90037
Telephone: (310) 203-4000
Facsimile: (310) 229-1285

Attorneys for Defendants TEG, EAI, and BROMMA

///
///
///
///
///
///
///

STIPULATION & ORDER RE EXTENSION OF TIME TO FILE SECOND AMENDED COMPLAINT        3
CASE NO.  2:13-CV-00487-JAM-CKD

**IT IS SO ORDERED**

The time for filing of a Second Amended Complaint and other related documents and pleadings by Plaintiffs is hereby extended to October 4, 2013.

In the absence of any Stipulation extending the time to respond thereto, the ENTRUST Defendants' response to the Second Amended Complaint and related documents, if any, shall be filed within the time period prescribed by the Federal Rules of Civil Procedure.

Date:  9/25/2013                              /s/ John A. Mendez_____

UNITED STATES DISTRICT COURT JUDGE
EASTERN DISTRICT OF CALIFORNIA