SNYDER ♦ DORENFELD, LLP
David K. Dorenfeld, (SBN 145056)
Michael W. Brown, (SBN 205380) <u>counsel Designated for service at Snyder Dorenfeld per L.R. 182 (c)(1)</u>
5010 Chesebro Road
Agoura Hills, CA 91301
Phone: (818) 865-4000
Fax:  (818) 865-4010

CATHY JACKSON LERMAN, PA
Cathy J. Lerman (*pro hac vice*)
#118, 1440 Coral Ridge Drive
Coral Springs, FL 33071
Telephone: (954) 332-1143; Facsimile:  (800) 305-2351
Email: clerman@lermanfirm.com

Law Offices of Linh T. Nguyen
Linh T. Nguyen (SBN 198751)
9245 Laguna Springs Dr., Suite 200
Elk Grove, CA 95758
Phone:  916-509-7200
Fax:  916- 550-9509
Email: linh@nguyenatlaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK MORAN and PATRICIA BAILEY WHITE, individually and on behalf of a class of similarly situated persons,<br><br>　　　　　　Plaintiffs,<br>v.<br><br>HUGH BROMMA, JAY PEARSON a/k/a JERRY PEARSON a/k/a JERRY O. PEARSON, JR., ENTRUST MID-SOUTH, LLC n/k/a/ MID SOUTH RETIREMENT SERVICES, LLC, THE ENTRUST GROUP, INC., and ENTRUST ADMINISTRATION, INC.,<br><br>　　　　　　Defendants. | Case No.: 2:13-CV-00487-JAM-CKD<br><br>**STIPULATION AND ORDER REGARDING ADDITIONAL SHORT EXTENSION OF TIME TO FILE SECOND AMENDED COMPLAINT**<br><br>Current Due Date: October 4, 2013<br>Requested Due Date: October 11, 2013 |

1    IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs MARK MORAN and PATRICIA BAILEY WHITE (collectively "Plaintiffs") and Defendants HUGH BROMMA ("BROMMA"), THE ENTRUST GROUP, INC. ("TEG"), and ENTRUST ADMINISTRATION. INC. ("ENTRUST ADMIN.") (collectively " ENTRUST Defendants"), through their respective attorneys of record as follows:

2.    1.    On September 5, 2013, this Court issued an Order (Docket # 27) Granting in Part and Denying in Part the ENTRUST Defendants' Motion to Dismiss the First Amended Complaint. The Order provided 20 days for Plaintiffs to file a Second Amended Complaint against the ENTRUST DEFENDANTS.

2.    On September 23rd, the parties executed a Stipulation (Docket # 28) allowing an extension of time up to and including October 4, 2013 to file the Second Amended Complaint, due to medical issues suffered by Cathy Lerman, Lead Counsel for Plaintiffs. The Court executed the Stipulation on September 26th (Docket # 30).

3.    Plaintiffs expected to complete and file the Second Amended Complaint by the October 4th due date.

4.    However, Ms. Lerman, has unfortunately had to return to the hospital again to undergo multiple additional medical procedures. Ms. Lerman expected to participate in the continued drafting and finalization of the Second Amended Complaint such that it could be filed by the due date. These additional procedures have negated her ability to do so.

5.    As such, counsel for Plaintiffs conferred with counsel for the ENTRUST Defendants, Joseph Faucher, Esq., who graciously agreed to extend the time for filing of a Second Amended Complaint and other related documents and pleadings by Plaintiffs to and including October 11, 2013.

///

///

///

6. In the absence of any Stipulation extending the time to respond thereto, the ENTRUST Defendants' response to the Second Amended Complaint and related documents, if any, shall be filed within the time period prescribed by the Federal Rules of Civil Procedure.

**IT IS SO STIPULATED.**

Dated: October 3, 2013        Respectfully Submitted:

By:   /s/ Michael W. Brown
        MICHAEL W. BROWN

| | |
|---|---|
| SNYDER ♦ DORENFELD, LLP<br>David K. Dorenfeld, (State Bar No. 145056)<br>DavidD@sd4law.com<br>Michael W. Brown, (State Bar No. 205380)<br>MichaelB@sd4law.com<br>5010 Chesebro Road<br>Agoura Hills, CA 91301<br>Phone: (818) 865-4000<br>Fax:  (818) 865-4010 | CATHY JACKSON LERMAN, PA<br>Cathy J. Lerman (*pro hac vice*)<br>#118, 1440 Coral Ridge Drive<br>Coral Springs, FL 33071<br>Telephone: (954) 332-1143<br>Facsimile:  (800) 305-2351<br>Email: CLerman@LermanFirm.com |

Law Offices of Linh T. Nguyen
Linh T. Nguyen (State Bar No. 198751)
9245 Laguna Springs Dr., Suite 200
Elk Grove, CA 95758
Phone:  916-509-7200
Fax:  916- 550-9509
Email: linh@nguyenatlaw.com

Attorneys for Plaintiffs

Dated: October 3, 2013        Respectfully Submitted:

By: /s/ Joseph C. Faucher
      JOSEPH C. FAUCHER

DRINKER BIDDLE & REATH LLP
MARK E. TERMAN
Mark.Terman@dbr.com
JOSEPH C. FAUCHER
Joe.Faucher@dbr.com
PASCAL BENYAMINI
Pascal.Benyamini@dbr.com
1800 Century Park East, Suite 1400
Los Angeles, CA 90037
Telephone: (310) 203-4000
Facsimile: (310) 229-1285

Attorneys for Defendants TEG, EAI, and BROMMA

///

**IT IS SO ORDERED**

The time for filing of a Second Amended Complaint and other related documents and pleadings by Plaintiffs is hereby extended to October 11, 2013.

In the absence of any Stipulation extending the time to respond thereto, the ENTRUST Defendants' response to the Second Amended Complaint and related documents, if any, shall be filed within the time period prescribed by the Federal Rules of Civil Procedure.

Date:   10/3/2013                             /s/ John A. Mendez_____
                                              UNITED STATES DISTRICT COURT
                                              EASTERN DISTRICT OF CALIFORNIA