1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK MORAN and PATRICIA BAILEY WHITE, individually and on behalf of a class of similarly situated persons,<br><br>Plaintiffs,<br><br>vs.<br><br>HUGH BROMMA, JAY PEARSON a/k/a JERRY PEARSON a/k/a JERRY O. PEARSON, JR., ENTRUST MID-SOUTH, LLC n/k/a MID SOUTH RETIREMENT SERVICES, LLC, THE ENTRUST GROUP, INC., and ENTRUST ADMINISTRATION, INC.<br><br>Defendants. | CASE NO.: 2:13 CV 00487-JAM-CKD<br><br>**ORDER EXTENDING TIME TO RESPOND TO SECOND AMENDED CLASS ACTION COMPLAINT**<br><br>Second Amended Complaint<br>Filed: October 11, 2013<br>Current Response Date: October 25, 2013<br>New Response Date: Nov. 15, 2013 |

**ORDER**

AND NOW, this 17th day of October, 2013, upon consideration of the Stipulation To Extend Time To Respond To The Second Amended Class Action Complaint, it is hereby:

Ordered that Defendants shall have an extension of 21 days to respond to the Second Amended Complaint, making Defendants' response due on or before November 15, 2013.

IT IS SO ORDERED.

/s/ John A. Mendez
JUDGE
UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA