```
LAW OFFICES OF LINH T. NGUYEN
Linh T. Nguyen, State Bar No. 198751
9245 Laguna Springs Drive, Suite 200
Elk Grove, California  95758
Email:  linh@nguyenatlaw.com
Telephone:  (916) 509-7200
Facsimile:   (916) 550-9509
```

Attorney for Plaintiffs

**FILED**

NOV - 7 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK MORAN and PATRICIA BAILEY WHITE, individually and on behalf of a class of similarly situated persons, <br><br> Plaintiffs, <br><br> v. <br><br> HUGH BROMMA, JAY PEARSON a/k/a JERRY PEARSON a/k/a JERRY O. PEARSON, JR., ENTRUST MID-SOUTH, LLC n/k/a/ MID SOUTH RETIREMENT SERVICES, LLC, THE ENTRUST GROUP, INC., and ENTRUST ADMINISTRATION, INC., <br><br> Defendants. | Case No.: 13-CV-00487-JAM-CKD <br><br> **NOTICE OF WITHDRAWAL OF LINH T. NGUYEN AS COUNSEL FOR PLAINTIFFS MARK MORAN AND PATRICIA BAILEY WHITE** <br><br> Courtroom 6, 14th Floor <br> Judge: Hon. John A. Mendez |

//
//
//
//
//
//
//
//
//

---

NOTICE OF WITHDRAWAL OF COUNSEL
CASE NO. 2:13-CV-00487-JAM-CKD

1

1     TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2          PLEASE TAKE NOTICE THAT, pursuant to and in compliance with Local Rule 182(d), Linh T. Nguyen and the Law Offices of Linh T. Nguyen hereby notifies the Court of its immediate intent to withdraw as counsel for Plaintiffs Mark Moran and Patricia Bailey White. Plaintiffs continue to be represented by Cathy J. Lerman of Cathy Jackson Lerman, P.A. as well as David K. Dorenfeld and Michael W. Brown of Snyder Dorenfeld, LLP.

Dated: November 6, 2013

LAW OFFICES OF LINH T. NGUYEN

By: _____
Linh T. Nguyen
Attorney for Plaintiff

```
1   LAW OFFICES OF LINH T. NGUYEN
    Linh T. Nguyen, State Bar No. 198751
2   9245 Laguna Springs Drive, Suite 200
    Elk Grove, California 95758
3   Email: linh@nguyenatlaw.com
    Telephone: (916) 509-7200
4   Facsimile:  (916) 550-9509

5   Attorney for Plaintiffs
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| MARK MORAN and PATRICIA BAILEY WHITE, individually and on behalf of a class of similarly situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>HUGH BROMMA, JAY PEARSON a/k/a JERRY PEARSON a/k/a JERRY O. PEARSON, JR., ENTRUST MID-SOUTH, LLC n/k/a/ MID SOUTH RETIREMENT SERVICES, LLC, THE ENTRUST GROUP, INC., and ENTRUST ADMINISTRATION, INC.,<br><br>Defendants. | Case No.: 13-CV-00487-JAM-CKD<br><br>[~~PROPOSED~~] ORDER PERMITTING WITHDRAWAL OF BURSOR & FISHER, P.A. AS COUNSEL FOR PLAINTIFFS MARK MORAN AND PATRICIA BAILEY WHITE PURSUANT TO LOCAL RULE 182(d)<br><br>Courtroom 6, 14th Floor<br>Judge: Hon. John A. Mendez |
|---|---|

20  //
21  //
22  //
23  //
24  //
25  //
26  //
27  //
28  //

---

NOTICE OF WITHDRAWAL OF COUNSEL
CASE NO. 2:13-CV-00487-JAM-CKD                                             1

1  The Court hereby approves the withdrawal of Linh T. Nguyen and the Law
2  Offices of Linh T. Nguyen as counsel for Plaintiffs and the clerk of the court is directed to
3  make the appropriate change in the docket.
4  **IT IS SO ORDERED.**

Dated: 11-6-2013

John A. Mendez
United States District Judge