UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA BAILEY WHITE, | No. 2:13-cv-0487 JAM CKD |
| Plaintiff, | |
| v. | ORDER |
| HUGH BROMMA, et al., | |
| Defendants. | |

In this action, plaintiff alleges claims under California's Elder Abuse and Dependent Adult Civil Protection Act, Welfare and Institutions Code § 15600 et seq. and civil RICO, 18 U.S.C. § 1962(c). Pending before the court is plaintiff Patricia White's motion for default judgment (ECF No. 55). Plaintiff seeks entry of default judgment in the amount of $195,960.00. Included in that amount is a request for prejudgment interest in the amount of $67,200.00, calculated at the rate of 7% per annum from July 2006 through 2013. Neither the points and authorities nor the declarations[1] submitted in support of the motion set forth the basis, statutory or otherwise, for plaintiff's claimed rate of 7% per annum.[2] The interest rate is also erroneously

---

[1] The affidavit of Patricia Bailey submitted in connection with the pending motion contains an illegible page. See ECF No. 55-2 at p. 5. The illegible page was resubmitted in a legible format on September 11, 2014. ECF No. 58.

[2] The court notes that the promissory note on which this action is predicated provides in pertinent part that the "annual interest rate after the maturity date on the unpaid principal will be at the

1

calculated for a time period during which plaintiff received interest payments at the rate of 12% per annum pursuant to the terms of the promissory note.[3]

Plaintiff also claims that the value of her $120,000 investment in her Self-Directed IRA has been reduced to zero. The account statement dated December 31, 2013 shows a "not categorized" amount of $30,000 remaining in the account and the asset summary shows that this amount is connected with Crumbs-R-Us, LLC, signatory to the promissory note at issue in this action. ECF No. 55-2 at pp. 28-29. Plaintiff's affidavit does not adequately explain the discrepancy between the account statement showing a value of $30,000 and plaintiff's claim that the balance is zero.

Accordingly, IT IS HEREBY ORDERED that:

1. Within seven days, plaintiff shall file a supplemental brief setting forth the basis for the requested rate of 7% per annum for prejudgment interest and a corrected calculation of the requested amount for the relevant time period.

2. Within seven days, plaintiff may file supplemental evidence regarding her claim that the account balance in the Self-Directed IRA is zero.

Dated: September 11, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 white.def.fb

---

highest allowable by law." ECF No. 55-2 at p. 18.

[3] Plaintiff received a total of 6 quarterly interest payments, each in the amount of $3600. Four of these payments were for the interest accruing on the promissory note expiring October 15, 2007; the remaining two payments were for the note expiring October 15, 2008.