UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA BAILEY WHITE,<br><br>            Plaintiff,<br><br>      v.<br><br>HUGH BROMMA, et al.,<br><br>            Defendants. | No.  2:13-cv-0487 JAM CKD<br><br><br><br>ORDER |

The court has ordered further briefing on the pending motion for default judgment.  Upon further review of the file in this action, it appears that defendants have not been served with the motion for default judgment.  Although the pending motion is accompanied by a proof of service, that proof of service indicates that Brad Dell, of a law firm located in Alexandria, Louisiana was served with a copy of the motion.  No lawyer has appeared in this action for the defendants against whom default judgment is sought.  The executed summons indicates that defendants Jay Pearson and Entrust Mid-South, LLC were served at 211 Fourth Street, Alexandria, Louisiana 71301.  ECF Nos. 10, 11.

Accordingly, IT IS HEREBY ORDERED that plaintiff shall, within seven days, serve a copy of the motion for default judgment on defendants Jay Pearson and Entrust Mid-South, LLC

/////

/////

1

at their last known address or the address at which service was effectuated and shall file a proof of service reflecting said service.

Dated: September 12, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 white.def.fb2