UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA WHITE,<br><br>    Plaintiff,<br><br>  v.<br><br>JAY PEARSON, et al.,<br><br>    Defendants. | No.  2:13-cv-0487 JAM CKD<br><br><br><br>ORDER |

Plaintiff filed the above-entitled action.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c).

On September 30, 2014, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days.  Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed September 30, 2014 are adopted in full;

2. Plaintiff's motion for default judgment (ECF No. 55) against defendants Jay Pearson and Entrust Mid-South, LLC is granted;

1

     3.  Plaintiff is awarded damages in the amount of $128,760 and prejudgment interest, at the maximum rate of interest allowed under 28 U.S.C. § 1961, on the unpaid principal after the maturity date of October 15, 2008 until entry of judgment, with post judgment interest accruing thereafter until the date of payment.

     4.  The Clerk of Court is directed to close this case.

DATED:  October 22, 2014

                                        /s/ John A. Mendez_____

                                        UNITED STATES DISTRICT COURT JUDGE