MARK E. TERMAN (SBN 116294)
Mark.Terman@dbr.com
ERIN E. McCRACKEN (SBN 244523)
Erin.McCracken@dbr.com
DRINKER BIDDLE & REATH LLP
1800 Century Park East, Suite 1500
Los Angeles, California 90067-1517
Telephone: (310) 203-4000
Facsimile: (310) 229-1285

Attorneys for Defendants
THE ENTRUST GROUP, INC. and ENTRUST
ADMINISTRATION, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA BAILEY WHITE, individually and on behalf of a class of similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>JAY PEARSON a/k/a JERRY PEARSON a/k/a JERRY O. PEARSON, JR., ENTRUST MID-SOUTH, LLC n/k/a/ MID SOUTH RETIREMENT SERVICES, LLC, THE ENTRUST GROUP, INC., and ENTRUST ADMINISTRATION, INC.,<br><br>Defendants. | Case No. 2:13-cv-00487-JAM-CKD<br><br>**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO THIRD AMENDED CLASS ACTION COMPLAINT** |

1     WHEREAS, plaintiff Patricia Bailey White ("Plaintiff") filed a Third Amended Complaint against defendants The Entrust Group, Inc. and Entrust Administration, Inc. ("Defendants") on March 19, 2018;

    WHEREAS, pursuant to the Court's February 26, 2018 Minute Order, the current deadline for Defendants to answer or otherwise respond to the Third Amended Complaint is April 9, 2018;

    WHEREAS, Defendants have reviewed the Third Amended Complaint and investigated the allegations contained therein, and, based on that review and investigation, do not believe that Plaintiff has stated or could state an actionable claim against them;

    WHEREAS, Defendants' counsel informed Plaintiff's counsel by telephone on March 30, 2018 and by April 2, 2018 letter of Defendants' belief that there is no actionable wrong or damage that can be truthfully alleged by Plaintiff against Defendants in this matter, and asked whether Plaintiff would cause a dismissal this case with prejudice as a result;

    WHEREAS, Plaintiff and her counsel are currently in the process of evaluating Defendants' position;

    WHEREAS, to provide an opportunity for Plaintiff and her counsel to complete their evaluation and to provide an opportunity for the Parties to complete their meet and confer efforts regarding the foregoing, the Parties have agreed to continue Defendants' deadline for answering or otherwise responding to the Third Amended Complaint by sixteen (16) days to April 25, 2018.

    THEREFORE, IT IS HEREBY STIPULATED by the Parties through their undersigned counsel that the deadline for Defendants to answer or otherwise respond to the Third Amended Complaint is hereby extended to and including April 25, 2018.

    IT IS SO STIPULATED.

Dated: April 5, 2018                       DRINKER BIDDLE & REATH LLP

                                                 By:     /s/ Erin E. McCracken
                                                            Mark E. Terman
                                                            Erin E. McCracken

                                         Attorneys for Defendants THE ENTRUST GROUP, INC. and ENTRUST ADMINISTRATION, INC.

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
LOS ANGELES

STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO THIRD AMENDED CLASS ACTION COMPLAINT      - 2 -      CASE NO. 2:13-CV-00487-JAM-CKD

| | |
|---|---|
| Dated: April 5, 2018 | DORENFELDLAW, INC. |
| | By: /s/ David K. Dorenfeld (authorized on 4/5/18)<br>David K. Dorenfeld<br>Michael W. Brown |
| | Attorneys for Plaintiff PATRICIA BAILEY WHITE |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

| | |
|---|---|
| Dated: 4/5/2018 | /s/ John A. Mendez<br>Honorable John A. Mendez<br>United States District Court Judge |