MARK E. TERMAN (SBN 116294)
Mark.Terman@dbr.com
ERIN E. McCRACKEN (SBN 244523)
Erin.McCracken@dbr.com
DRINKER BIDDLE & REATH LLP
1800 Century Park East, Suite 1500
Los Angeles, California 90067-1517
Telephone: (310) 203-4000
Facsimile: (310) 229-1285

Attorneys for Defendants
THE ENTRUST GROUP, INC. and ENTRUST
ADMINISTRATION, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA BAILEY WHITE, individually and on behalf of a class of similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>JAY PEARSON a/k/a JERRY PEARSON a/k/a JERRY O. PEARSON, JR., ENTRUST MID-SOUTH, LLC n/k/a/ MID SOUTH RETIREMENT SERVICES, LLC, THE ENTRUST GROUP, INC., and ENTRUST ADMINISTRATION, INC.,<br><br>Defendants. | Case No. 2:13-cv-00487-JAM-CKD<br><br>**SECOND STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO THIRD AMENDED CLASS ACTION COMPLAINT (FROM April 25, 2018 TO May 11, 2018)** |

1     WHEREAS, plaintiff Patricia Bailey White ("Plaintiff") filed a Third Amended

2 Complaint against defendants The Entrust Group, Inc. and Entrust Administration, Inc.

3 ("Defendants") on March 19, 2018;

4     WHEREAS, pursuant to the Court's February 26, 2018 Minute Order, the initial deadline

5 for Defendants to answer or otherwise respond to the Third Amended Complaint was April 9,

6 2018;

7     WHEREAS, based on their review of the Third Amended Complaint and investigation of

8 the allegations contained therein, Defendants did not believe that Plaintiff stated or could state an

9 actionable claim against them;

10     WHEREAS, Defendants' counsel informed Plaintiff's counsel by telephone on March 30,

11 2018 and by April 2, 2018 letter of Defendants' belief that there is no actionable wrong or

12 damage that can be truthfully alleged by Plaintiff against Defendants in this matter, and asked

13 whether Plaintiff would cause a dismissal of this case with prejudice as a result;

14     WHEREAS, to provide an opportunity for Plaintiff and her counsel to complete their

15 evaluation and to provide an opportunity for the Parties to complete their meet and confer efforts

16 regarding the foregoing, the Parties stipulated to continue Defendants' deadline to answer or

17 otherwise respond to the Third Amended Complaint by sixteen (16) days to April 25, 2018 ("First

18 Stipulation");

19     WHEREAS, the Court granted the First Stipulation on April 6, 2018, pursuant to which

20 Defendants' current deadline to answer or otherwise respond to the Third Amended Complaint is

21 April 25, 2018;

22     WHEREAS, Plaintiff and Defendants currently are engaged in settlement discussions;

23     WHEREAS, to provide an opportunity for Plaintiff and Defendants to complete their

24 settlement discussions – which appears likely to finally resolve this action, and to conserve the

25 resources of the Court and the Parties, Plaintiff and Defendants have agreed to extend the

26 deadline for Defendants to answer or otherwise respond to the Third Amended Complaint by

27 sixteen (16) days from April 25, 2018 to May 11, 2018.

28

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
LOS ANGELES

SECOND STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO THIRD AMENDED CLASS ACTION COMPLAINT     - 2 -     CASE NO. 2:13-CV-00487-JAM-CKD

THEREFORE, IT IS HEREBY STIPULATED by the Parties through their undersigned counsel that the deadline for Defendants to answer or otherwise respond to the Third Amended Complaint is hereby extended to and including **May 11, 2018**.

IT IS SO STIPULATED.

Dated: April 23, 2018                     DRINKER BIDDLE & REATH LLP

By: /s/ Erin E. McCracken
    Mark E. Terman
    Erin E. McCracken

Attorneys for Defendants THE ENTRUST GROUP, INC. and ENTRUST ADMINISTRATION, INC.

Dated: April 23, 2018                     DORENFELDLAW, INC.

By: /s/ Michael W. Brown (authorized on 4/23/18)
    David K. Dorenfeld
    Michael W. Brown

Attorneys for Plaintiff PATRICIA BAILEY WHITE

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 4/23/2018                     /s/ John A. Mendez
    Honorable John A. Mendez
    United States District Court Judge

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
LOS ANGELES

SECOND STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO THIRD AMENDED CLASS ACTION COMPLAINT — - 3 - — CASE NO. 2:13-CV-00487-JAM-CKD