1   MARK E. TERMAN (SBN 116294)
    Mark.Terman@dbr.com
2   ERIN E. McCRACKEN (SBN 244523)
    Erin.McCracken@dbr.com
3   DRINKER BIDDLE & REATH LLP
    1800 Century Park East, Suite 1500
4   Los Angeles, California 90067-1517
    Telephone:    (310) 203-4000
5   Facsimile:    (310) 229-1285

6   Attorneys for Defendants
    THE ENTRUST GROUP, INC. and ENTRUST
7   ADMINISTRATION, INC.

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11
    PATRICIA BAILEY WHITE, individually and      Case No. 2:13-cv-00487-JAM-CKD
12  on behalf of a class of similarly situated
    persons,                                     **THIRD STIPULATION TO EXTEND
13                                               TIME TO ANSWER OR OTHERWISE
                   Plaintiff,                    RESPOND TO THIRD AMENDED
14                                               CLASS ACTION COMPLAINT (FROM
         v.                                      May 11, 2018 TO May 18, 2018)**
15
    JAY PEARSON a/k/a JERRY PEARSON a/k/a
16  JERRY O. PEARSON, JR., ENTRUST MID-
    SOUTH, LLC n/k/a/ MID SOUTH
17  RETIREMENT SERVICES, LLC, THE
    ENTRUST GROUP, INC., and ENTRUST
18  ADMINISTRATION, INC.,

19                 Defendants.

20

21

22

23

24

25

26

27

28

THIRD STIPULATION TO EXTEND TIME TO ANSWER
OR OTHERWISE RESPOND TO THIRD AMENDED           CASE NO. 2:13-CV-00487-JAM-CKD
CLASS ACTION COMPLAINT

WHEREAS, plaintiff Patricia Bailey White ("Plaintiff") filed a Third Amended Complaint against defendants The Entrust Group, Inc. and Entrust Administration, Inc. ("Defendants") on March 19, 2018;

WHEREAS, pursuant to the Court's February 26, 2018 Minute Order, the initial deadline for Defendants to answer or otherwise respond to the Third Amended Complaint was April 9, 2018;

WHEREAS, based on their review of the Third Amended Complaint and investigation of the allegations contained therein, Defendants did not believe that Plaintiff stated or could state an actionable claim against them;

WHEREAS, Defendants' counsel informed Plaintiff's counsel by telephone on March 30, 2018 and by April 2, 2018 letter of Defendants' belief that there is no actionable wrong or damage that can be truthfully alleged by Plaintiff against Defendants in this matter, and asked whether Plaintiff would cause a dismissal of this case with prejudice as a result;

WHEREAS, to provide an opportunity for Plaintiff and her counsel to complete their evaluation and to provide an opportunity for the Parties to complete their meet and confer efforts regarding the foregoing, the Parties stipulated to continue Defendants' deadline to answer or otherwise respond to the Third Amended Complaint ("Deadline") by sixteen (16) days to April 25, 2018;

WHEREAS, the Court granted the first stipulation on April 6, 2018, pursuant to which the Court ordered the Deadline changed to April 25, 2018.  The Court ordered the Deadline changed to May 11, 2018 pursuant to the parties' second stipulation for the same purpose;

WHEREAS, Plaintiff and Defendants believe this matter has been resolved, subject to Plaintiff submitting paperwork to conclude her business relationship with Defendants and Defendants processing that paperwork.  Plaintiff insists on that paperwork process be concluded before stipulating to dismiss the action against The Entrust Group, Inc., Entrust Administration, Inc., and Hubert Bromma with prejudice;

WHEREAS, to provide an opportunity for Plaintiff and Defendants to complete the above

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
LOS ANGELES

THIRD STIPULATION TO EXTEND TIME TO ANSWER
OR OTHERWISE RESPOND TO THIRD AMENDED
CLASS ACTION COMPLAINT

- 2 -

CASE NO. 2:13-CV-00487-JAM-CKD

described paperwork and dismissal, Plaintiff and Defendants have agreed to extend the deadline for Defendants to answer or otherwise respond to the Third Amended Complaint by seven (7) days from May 11, 2018 to and including May 18, 2018.

THEREFORE, IT IS HEREBY STIPULATED by the Parties through their undersigned counsel that the deadline for Defendants to answer or otherwise respond to the Third Amended Complaint is hereby extended to and including **May 18, 2018**.

IT IS SO STIPULATED.

Dated: May 11, 2018

DRINKER BIDDLE & REATH LLP

By: /s/ Mark E. Terman
Mark E. Terman
Erin E. McCracken

Attorneys for Defendants THE ENTRUST GROUP, INC. and ENTRUST ADMINISTRATION, INC.

Dated: May 11, 2018

DORENFELDLAW, INC.

By: /s/ Michael W. Brown (authorized on 5/11/18)
David K. Dorenfeld
Michael W. Brown

Attorneys for Plaintiff PATRICIA BAILEY WHITE

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 5/14/2018

/s/ John A. Mendez
Honorable John A. Mendez
United States District Court Judge

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
LOS ANGELES

THIRD STIPULATION TO EXTEND TIME TO ANSWER
OR OTHERWISE RESPOND TO THIRD AMENDED
CLASS ACTION COMPLAINT

- 3 -

CASE NO. 2:13-CV-00487-JAM-CKD